# United States of America

### United States Patent and Trademark Office

# Michigan

**Reg. No. 4,764,581**

**Registered June 30, 2015**

**Int. Cls.: 14, 16, 26, 27 and 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

REGENTS OF THE UNIVERSITY OF MICHIGAN (MICHIGAN STATE UNIVERSITY), AKA UNIVERSITY OF MICHIGAN
5010 FLEMING ADMINISTRATION BUILDING
503 THOMPSON STREET
ANN ARBOR, MI 481091340

FOR: CLOCKS; EARRINGS; NECKLACES; RINGS; WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 4-0-1979; IN COMMERCE 4-0-1979.

FOR: CALENDARS; DECALS; DESK STANDS AND HOLDERS FOR PENS, PENCILS, AND INK; GREETING CARDS; MEMO PADS; PENCILS; PENS; STICKERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 8-0-1974; IN COMMERCE 8-0-1974.

FOR: EMBROIDERED EMBLEMS; ORNAMENTAL NOVELTY PINS, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 4-0-1979; IN COMMERCE 4-0-1979.

FOR: FLOOR MATS; RUGS; VINYL WALL COVERINGS, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FIRST USE 2-0-1981; IN COMMERCE 2-0-1981.

FOR: BASKETBALLS; CHRISTMAS TREE ORNAMENTS; COVERS FOR GOLF CLUBS; DOG TOYS; GOLF BALLS; GOLF CLUB BAGS; HEAD COVERS FOR GOLF CLUBS; STUFFED DOLLS AND ANIMALS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 11-0-1979; IN COMMERCE 11-0-1979.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,310,132, 3,246,002 AND OTHERS.

Director of the United States
Patent and Trademark Office

**Reg. No. 4,764,581** SEC. 2(F).

SER. NO. 86-453,303, FILED 11-13-2014.

KAMAL PREET, EXAMINING ATTORNEY

<div style="border:1px solid black">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years\***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office
(USPTO). The time periods for filing are based on the U.S. registration date (not the international registration
date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to
those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international
registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the
underlying international registration at the International Bureau of the World Intellectual Property Organization,
under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated
from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal
forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark
owners/holders who authorize e-mail communication and maintain a current e-mail address with the
USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark
Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms
available at** http://www.uspto.gov.



# United States of America

## United States Patent and Trademark Office

# VOLS

**Reg. No. 4,514,016**
**Registered Apr. 15, 2014**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

THE UNIVERSITY OF TENNESSEE (TENNESSEE PUBLIC EDUCATIONAL CORPORATION)
719 ANDY HOLT TOWER
KNOXVILLE, TN 37996

FOR: HEADWEAR; SHORT-SLEEVED OR LONG-SLEEVED T-SHIRTS; SWEATSHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-1-1936; IN COMMERCE 1-1-1936.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 1,335,456.

SER. NO. 86-045,989, FILED 8-23-2013.

SUNG IN, EXAMINING ATTORNEY



**Deputy Director of the United States**
**Patent and Trademark Office**

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Int. Cls.: 14, 16, 20, 21, 25, 28 and 41

Prior U.S. Cls.: 2, 5, 13, 22, 23, 25, 27, 28, 29, 30, 32, 33, 37, 38, 39, 40, 50, 100, 101 and 107

Reg. No. 2,445,722

**United States Patent and Trademark Office**

Registered Apr. 24, 2001

Corrected

OG Date Mar. 19, 2002



# TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER



UNIVERSITY OF TENNESSEE, THE (TENNESSEE PUBLIC EDUCATIONAL CORPORATION),
719 ANDY HOLT TOWER
KNOXVILLE, TN 37996

FOR: WATCHES, EARRINGS, NECK-LACES, AND PINS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).
FIRST USE 7-10-1998; IN COMMERCE 7-10-1998.

FOR: POSTERS, PRINTS, ENVELOPES, STATIONERY, PROGRAMS, STICKERS, DECALS, MAGNETS*, AND SPORTING EVENT SCHEDULES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).
FIRST USE 9-1-1985; IN COMMERCE 9-1-1985.

FOR: KEY CHAINS, PLASTIC LI-CENSE PLATES AND FLAGS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).
FIRST USE 9-1-1986; IN COMMERCE 9-1-1986.

FOR: DRINKING CUPS, MUGS, GLASSES * AND LAMPS*, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 9-1-1985; IN COMMERCE 9-1-1985.

FOR: POLO SHIRTS, SHORT-SLEEVE AND LONG-SLEEVE T-SHIRTS, SWEAT-SHIRTS, SHORTS, PANTS, SHOES, HATS, JACKETS, COATS, VESTS, GLOVES, SOCKS, SWEATERS AND LONG-SLEEVE AND SHORT-SLEEVE SHIRTS , IN CLASS 25 (U.S. CLS. 22 AND 39).
FIRST USE 9-1-1985; IN COMMERCE 9-1-1985.

FOR: CARRYING BAGS, DOLLS, FOOTBALLS, BASKETBALLS, GOLF BALLS, HELMETS, STUFFED ANIMALS, MINIATURIZED TOY FIGURES, AND GAMES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).
FIRST USE 9-1-1985; IN COMMERCE 9-1-1985.

FOR: ENTERTAINMENT SERVICES IN THE NATURE OF INTERCOLLEGI-ATE SPORTS EXHIBITIONS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).
FIRST USE 0-0-1912; IN COMMERCE 0-0-1912.
SER. NO. 75-756,570, FILED 7-22-1999.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Mar. 19, 2002.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

Int. Cls.: 14, 16, 20, 21, 25, 28 and 41

Prior U.S. Cls.: 2, 5, 13, 22, 23, 25, 27, 28, 29, 30, 32, 33, 37, 38, 39, 40, 50, 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,445,722
Registered Apr. 24, 2001

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



UNIVERSITY OF TENNESSEE, THE (TENNES-
SEE PUBLIC EDUCATIONAL CORPORATION)
719 ANDY HOLT TOWER
KNOXVILLE, TN 37996

FOR: WATCHES, EARRINGS, NECKLACES, AND
PINS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 7-10-1998; IN COMMERCE 7-10-1998.

FOR: POSTERS, PRINTS, ENVELOPES, STATION-
ERY, PROGRAMS, STICKERS, DECALS, AND
SPORTING EVENT SCHEDULES, IN CLASS 16
(U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-1-1985; IN COMMERCE 9-1-1985.

FOR: KEY CHAINS, PLASTIC LICENSE PLATES
AND FLAGS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32
AND 50).

FIRST USE 9-1-1986; IN COMMERCE 9-1-1986.

FOR: DRINKING CUPS, MUGS AND GLASSES,
IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 9-1-1985; IN COMMERCE 9-1-1985.

FOR: POLO SHIRTS, SHORT-SLEEVE AND
LONG-SLEEVE T-SHIRTS, SWEATSHIRTS,
SHORTS, PANTS, SHOES, HATS, JACKETS, COATS,
VESTS, GLOVES, SOCKS, SWEATERS AND LONG-
SLEEVE AND SHORT-SLEEVE SHIRTS, IN CLASS 25
(U.S. CLS. 22 AND 39).

FIRST USE 9-1-1985; IN COMMERCE 9-1-1985.

FOR: CARRYING BAGS, DOLLS, FOOTBALLS,
BASKETBALLS, GOLF BALLS, HELMETS,
STUFFED ANIMALS, MINIATURIZED TOY FIG-
URES, AND GAMES, IN CLASS 28 (U.S. CLS. 22, 23,
38 AND 50).

FIRST USE 9-1-1985; IN COMMERCE 9-1-1985.

FOR: ENTERTAINMENT SERVICES IN THE
NATURE OF INTERCOLLEGIATE SPORTS EXHI-
BITIONS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 0-0-1912; IN COMMERCE 0-0-1912.

SER. NO. 75-756,570, FILED 7-22-1999.

MATTHEW KLINE, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**Reg. No. 2,357,021**

## United States Patent and Trademark Office

Registered June 13, 2000

### SERVICE MARK
### PRINCIPAL REGISTER

## WOLVERINES

REGENTS OF THE UNIVERSITY OF MICHIGAN, THE (MICHIGAN CORPORATION)
4020 FLEMING BUILDING
ANN ARBOR, MI 481091349

FOR: ORGANIZING EXHIBITIONS FOR COLLEGIATE ATHLETICS, NAMELY, FOOTBALL, BASKETBALL, HOCKEY, BASEBALL AND SOCCER, COLLEGIATE TOURNAMENTS, AND COLLEGIATE FOOTBALL GAMES; ARRANGING AND CONDUCTING EDUCATIONAL CONFERENCES; ORGANIZING FESTIVALS FEATURING A VARIETY OF ACTIVITIES, NAMELY, SPORTING EVENTS; ARRANGING AND CONDUCTING ATHLETIC COMPETITIONS; ENTERTAINMENT IN THE NATURE OF FOOTBALL GAMES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 9–0–1927; IN COMMERCE 9–0–1927.

SER. NO. 75–616,726, FILED 1–7–1999.

KEVON CHISOLM, EXAMINING ATTORNEY

Int. Cls.: 16, 21 and 25

Prior U.S. Cls.: 2, 33, 38 and 39

**Reg. No. 1,390,743**

## United States Patent and Trademark Office
Registered Apr. 22, 1986

### TRADEMARK
#### PRINCIPAL REGISTER

## VOLUNTEERS

UNIVERSITY OF TENNESSEE, THE (TENNES-
  SEE CORPORATION)
800 ANDY HOLT TOWER, THE UNIVERSITY
  OF TENNESSEE
KNOXVILLE, TN 37996

FOR: WINDOW STICKERS, IN CLASS 16
(U.S. CL. 38).
  FIRST USE 0–0–1936; IN COMMERCE
0–0–1936.
  FOR: GLASS MUGS, IN CLASS 21 (U.S. CLS.
2 AND 33).

FIRST USE 0–0–1962; IN COMMERCE
0–0–1962.
  FOR: KNIT SHIRTS, IN CLASS 25 (U.S. CL.
39).
  FIRST USE 0–0–1936; IN COMMERCE
0–0–1936.
  OWNER OF U.S. REG. NO. 1,184,889.

SER. NO. 501,198, FILED 9–26–1984.

HENRY S. ZAK, EXAMINING ATTORNEY

Int. Cls.: **6, 16, 18, 20, 21, 25 and 28**

Prior U.S. Cls.: **2, 3, 13, 22, 32, 33, 37, 38 and 39**

## United States Patent and Trademark Office

Reg. No. 1,368,639
Registered Nov. 5, 1985

## TRADEMARK
### PRINCIPAL REGISTER

## TENNESSEE

UNIVERSITY OF TENNESSEE, THE (TENNESSEE CORPORATION)
THE UNIVERSITY OF TENNESSEE
800 ANDY HOLT TOWER
KNOXVILLE, TN 37996

FOR: KEY CHAINS, IN CLASS 6 (U.S. CL. 13).
FIRST USE 0–0–1961; IN COMMERCE 0–0–1961.
FOR: PENS CONTAINING WATCHES, AND WINDOW AND PAPER STICKERS, IN CLASS 16 (U.S. CLS. 13, 37 AND 38).
FIRST USE 0–0–1936; IN COMMERCE 0–0–1936.
FOR: GENERAL PURPOSE GYM BAGS, AND GARMENT BAGS FOR TRAVEL, IN CLASS 18 (U.S. CL. 3).
FIRST USE 0–0–1962; IN COMMERCE 0–0–1962.
FOR: STADIUM CUSHIONS, IN CLASS 20 (U.S. CL. 32).

FIRST USE 0–0–1962; IN COMMERCE 0–0–1962.
FOR: DRINKING GLASSES, CERAMIC MUGS, AND GOBLETS, IN CLASS 21 (U.S. CLS. 2 AND 33).
FIRST USE 0–0–1965; IN COMMERCE 0–0–1965.
FOR: SWEAT SHIRTS, SWEAT PANTS, CAPS, JACKETS, KNIT SHIRTS, T-SHIRTS, V-NECK SHIRTS, AND SHORTS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 0–0–1936; IN COMMERCE 0–0–1936.
FOR: STUFFED TOYS, IN CLASS 28 (U.S. CL. 22).
FIRST USE 0–0–1962; IN COMMERCE 0–0–1962.
SEC. 2(F).

SER. NO. 501,196, FILED 9–26–1984.

HENRY S. ZAK, EXAMINING ATTORNEY

Int. Cls.: **6, 9, 14, 15, 16, 18, 20, 21, 24, 25, 26, 27, 28 and 41**

Prior U.S. Cls.: **2, 3, 13, 21, 22, 27, 28, 32, 33, 36, 37, 38, 39, 40, 41, 42, 50 and 107**

Reg. No. 1,364,137

# United States Patent and Trademark Office
Registered Oct. 8, 1985

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



REGENTS OF THE UNIVERSITY OF MICHIGAN, THE (MICHIGAN CORPORATION)
503 THOMPSON ST.
ANN ARBOR, MI 48109

FOR: KEY RINGS AND CAR EMBLEMS OF NON-PRECIOUS METAL, METAL LICENSE PLATES AND FRAMES, IN CLASS 6 (U.S. CLS. 13 AND 50).
FIRST USE 9–0–1954; IN COMMERCE 9–0–1954.
FOR: PHONOGRAPH RECORDS, AUDIO AND VIDEO RECORDS, TAPES, AND CASSETTES, IN CLASS 9 (U.S. CLS. 21 AND 36).
FIRST USE 7–0–1972; IN COMMERCE 7–0–1972.
FOR: CLOCKS AND WATCHES, IN CLASS 14 (U.S. CLS. 27 AND 28).
FIRST USE 9–0–1937; IN COMMERCE 9–0–1937.
FOR: MUSIC BOXES AND KAZOOS, IN CLASS 15 (U.S. CL. 36).
FIRST USE 5–0–1971; IN COMMERCE 5–0–1971.
FOR: PLAYING CARDS, GREETING CARDS, PRINTS, PENS, PENCILS, LETTER OPENERS, DECALS, BUMPER STICKERS, MEMO PADS, PENCIL HOLDERS, CALENDARS, PAPER NAPKINS, AND CHECKBOOK COVERS, IN CLASS 16 (U.S. CLS. 22, 37 AND 38).
FIRST USE 9–0–1893; IN COMMERCE 9–0–1893.
FOR: UMBRELLAS, TOTE BAGS, DUFFLE BAGS, TRI-FOLD AND BI-FOLD WALLETS, AND CHILDREN'S WALLETS, IN CLASS 18 (U.S. CLS. 3 AND 41).
FIRST USE 9–0–1973; IN COMMERCE 9–0–1973.
FOR: PILLOWS, DECORATIVE PLAQUES, AND NOVELTY BUTTONS, IN CLASS 20 (U.S. CLS. 32 AND 50).
FIRST USE 4–0–1968; IN COMMERCE 4–0–1968.
FOR: PEWTER MUGS, MUGS, WINE DECANTERS, GLASS BEVERAGEWARE, STAINED GLASS, TRAYS, COASTERS, ICE BUCKETS, WASTEPAPER BASKETS, PAPER PLATES, AND PICNIC BASKETS, IN CLASS 21 (U.S. CLS. 2, 13, 33 AND 50).
FIRST USE 2–0–1948; IN COMMERCE 2–0–1948.
FOR: BEACH AND REGULAR TOWELS, BLANKETS, PENNANTS, AND FLAGS, IN CLASS 24 (U.S. CLS. 42 AND 50).
FIRST USE 9–0–1903; IN COMMERCE 9–0–1903.

2                                    1,364,137

FOR: APRONS, ADULT AND CHILDREN'S JACKETS AND VESTS, MEN'S SHIRTS, SPORTSHIRTS, TIES, NIGHT SHIRTS, LADIES' TOPS, ADULT AND CHILDREN'S JERSEYS, CAPS, SPORT CAPS, VISOR CAPS, SKI CAPS, SCARVES, SILK SCARVES, SWEATERS, PONCHOS, GLOVES, MITTENS, GOLF SWEATERS, LADIES' AND MEN'S AND CHILDREN'S T-SHIRTS, BASEBALL SHIRTS, FOOTBALL-STYLE JERSEYS, LADIES' AND MEN'S SHORTS, SOCKS, ADULT AND CHILDREN'S WARM UP SUITS, BABY SLEEPERS, BABY SHIRTS, WESTERN HATS, TENNIS HATS, WRISTBANDS, AND SWEATBANDS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 9–0–1893; IN COMMERCE 9–0–1893.

FOR: CHARMS, NECKLACES, BRACELETS, EARRINGS, RINGS, TIE TACKS, BELT BUCKLES, PINS AND BROACHES OF NON-PRECIOUS METAL, EMBROIDERED EMBLEMS AND PATCHES, IN CLASS 26 (U.S. CL. 40).

FIRST USE 8–0–1948; IN COMMERCE 8–0–1948.

FOR: FLOOR MATS, RUGS, AND WALL HANGINGS, IN CLASS 27 (U.S. CLS. 42 AND 50).

FIRST USE 6–0–1948; IN COMMERCE 6–0–1948.

FOR: TOY FLYING DISCS, BASKETBALLS, FOAM BASKETBALLS, STUFFED TOY ANIMALS, DOLLS, GOLF BAGS, HEAD COVERS, GOLF BALLS, CHRISTMAS ORNAMENTS AND STOCKINGS, IN CLASS 28 (U.S. CLS. 22 AND 50).

FIRST USE 5–0–1949; IN COMMERCE 5–0–1949.

FOR: EDUCATIONAL—NAMELY, CONDUCTING COURSES AT THE UNDERGRADUATE AND GRADUATE LEVEL, ENTERTAINMENT—NAMELY, CONDUCTING COLLEGIATE ATHLETIC EXHIBITIONS AND GAMES, IN CLASS 41 (U.S. CL. 107).

FIRST USE 0–0–1891; IN COMMERCE 0–0–1891.

SER. NO. 390,876, FILED 9–28–1982.

SUSAN L. HELLER, EXAMINING ATTORNEY

Int. Cls.: 6, 9, 14, 15, 16, 18, 20, 21, 24, 25, 26, 27, 28 and 41

Prior U.S. Cls.: 2, 3, 13, 21, 22, 27, 28, 32, 33, 36, 37, 38, 39, 40, 41, 42, 50 and 107

# United States Patent and Trademark Office

Reg. No. 1,364,137

Registered Oct. 8, 1985

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



REGENTS OF THE UNIVERSITY OF MICHIGAN, THE (MICHIGAN CORPORATION)
503 THOMPSON ST.
ANN ARBOR, MI 48109

FOR: KEY RINGS AND CAR EMBLEMS OF NON-PRECIOUS METAL, METAL LICENSE PLATES AND FRAMES, IN CLASS 6 (U.S. CLS. 13 AND 50).

FIRST USE 9-0-1954; IN COMMERCE 9-0-1954.

FOR: PHONOGRAPH RECORDS, AUDIO AND VIDEO RECORDS, TAPES, AND CASSETTES, IN CLASS 9 (U.S. CLS. 21 AND 36).

FIRST USE 7-0-1972; IN COMMERCE 7-0-1972.

FOR: CLOCKS AND WATCHES, IN CLASS 14 (U.S. CLS. 27 AND 28).

FIRST USE 9-0-1937; IN COMMERCE 9-0-1937.

FOR: MUSIC BOXES AND KAZOOS, IN CLASS 15 (U.S. CL. 36).

FIRST USE 5-0-1971; IN COMMERCE 5-0-1971.

FOR: PLAYING CARDS, GREETING CARDS, PRINTS, PENS, PENCILS, LETTER OPENERS, DECALS, BUMPER STICKERS, MEMO PADS, PENCIL HOLDERS, CALENDARS, PAPER NAPKINS, AND CHECKBOOK COVERS, IN CLASS 16 (U.S. CLS. 22, 37 AND 38).

FIRST USE 9-0-1893; IN COMMERCE 9-0-1893.

FOR: UMBRELLAS, TOTE BAGS, DUFFLE BAGS, TRI-FOLD AND BI-FOLD WALLETS, AND CHILDREN'S WALLETS, IN CLASS 18 (U.S. CLS. 3 AND 41).

FIRST USE 9-0-1973; IN COMMERCE 9-0-1973.

FOR: PILLOWS, DECORATIVE PLAQUES, AND NOVELTY BUTTONS, IN CLASS 20 (U.S. CLS. 32 AND 50).

FIRST USE 4-0-1968; IN COMMERCE 4-0-1968.

FOR: PEWTER MUGS, MUGS, WINE DECANTERS, GLASS BEVERAGEWARE, STAINED GLASS, TRAYS, COASTERS, ICE BUCKETS, WASTEPAPER BASKETS, PAPER PLATES, AND PICNIC BASKETS, IN CLASS 21 (U.S. CLS. 2, 13, 33 AND 50).

FIRST USE 2-0-1948; IN COMMERCE 2-0-1948.

FOR: BEACH AND REGULAR TOWELS, BLANKETS, PENNANTS, AND FLAGS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 9-0-1903; IN COMMERCE 9-0-1903.

2                                      1,364,137

FOR: APRONS, ADULT AND CHILDREN'S JACKETS AND VESTS, MEN'S SHIRTS, SPORTSHIRTS, TIES, NIGHT SHIRTS, LADIES' TOPS, ADULT AND CHILDREN'S JERSEYS, CAPS, SPORT CAPS, VISOR CAPS, SKI CAPS, SCARVES, SILK SCARVES, SWEATERS, PONCHOS, GLOVES, MITTENS, GOLF SWEATERS, LADIES' AND MEN'S AND CHILDREN'S T-SHIRTS, BASEBALL SHIRTS, FOOTBALL-STYLE JERSEYS, LADIES' AND MEN'S SHORTS, SOCKS, ADULT AND CHILDREN'S WARM UP SUITS, BABY SLEEPERS, BABY SHIRTS, WESTERN HATS, TENNIS HATS, WRISTBANDS, AND SWEATBANDS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 9-0-1893; IN COMMERCE 9-0-1893.

FOR: CHARMS, NECKLACES, BRACELETS, EARRINGS, RINGS, TIE TACKS, BELT BUCKLES, PINS AND BROACHES OF NON-PRECIOUS METAL, EMBROIDERED EMBLEMS AND PATCHES, IN CLASS 26 (U.S. CL. 40).

FIRST USE 8-0-1948; IN COMMERCE 8-0-1948.

FOR: FLOOR MATS, RUGS, AND WALL HANGINGS, IN CLASS 27 (U.S. CLS. 42 AND 50).

FIRST USE 6-0-1948; IN COMMERCE 6-0-1948.

FOR: TOY FLYING DISCS, BASKETBALLS, FOAM BASKETBALLS, STUFFED TOY ANIMALS, DOLLS, GOLF BAGS, HEAD COVERS, GOLF BALLS, CHRISTMAS ORNAMENTS AND STOCKINGS, IN CLASS 28 (U.S. CLS. 22 AND 50).

FIRST USE 5-0-1949; IN COMMERCE 5-0-1949.

FOR: EDUCATIONAL—NAMELY, CONDUCTING COURSES AT THE UNDERGRADUATE AND GRADUATE LEVEL, ENTERTAINMENT—NAMELY, CONDUCTING COLLEGIATE ATHLETIC EXHIBITIONS AND GAMES, IN CLASS 41 (U.S. CL. 107).

FIRST USE 0-0-1891; IN COMMERCE 0-0-1891.

SER. NO. 390,876, FILED 9-28-1982.

SUSAN L. HELLER, EXAMINING ATTORNEY

Int. Cls.: **16, 18, 20, 21 and 25**

Prior U.S. Cls.: **2, 3, 32, 33, 37, 38 and 39**

Reg. No. 1,335,456

## United States Patent and Trademark Office
Registered May 14, 1985

### TRADEMARK
### PRINCIPAL REGISTER

# VOLS

UNIVERSITY OF TENNESSEE; THE (TENNESSEE PUBLIC EDUCATIONAL CORPORATION)
800 ANDY HOLT TOWER
KNOXVILLE, TN 37996

FOR: PENS, WINDOW AND BUMPER STICKERS, FOOTBALL GAME CHARTS, IN CLASS 16 (U.S. CLS. 37 AND 38).
FIRST USE 0–0–1965; IN COMMERCE 0–0–1965.

FOR: GENERAL PURPOSE GYM BAGS , IN CLASS 18 (U.S. CL. 3).
FIRST USE 0–0–1962; IN COMMERCE 0–0–1962.

FOR: STADIUM CHAIRS, IN CLASS 20 (U.S. CL. 32).

FIRST USE 0–0–1962; IN COMMERCE 0–0–1962.

FOR: DRINKING GLASSES, PLASTIC CUPS AND MUGS, SHOT GLASSES, INSULATING SLEEVE-HOLDERS FOR BEVERAGE CANS, IN CLASS 21 (U.S. CLS. 2 AND 33).
FIRST USE 0–0–1965; IN COMMERCE 0–0–1965.

FOR: SWEAT SHIRTS, SWEAT PANTS, SHIRT AND VEST COMBINATION, IN CLASS 25 (U.S. CL. 39).
FIRST USE 0–0–1936; IN COMMERCE 0–0–1936.

SER. NO. 501,197, FILED 9–26–1984.

HENRY S. ZAK, EXAMINING ATTORNEY

Int. Cls.: 6, 16, 18, 20, 21, 25 and 28

Prior U.S. Cls.: 2, 3, 13, 22, 32, 33, 37, 38 and 39

## United States Patent and Trademark Office

Reg. No. 1,368,639
Registered Nov. 5, 1985

## TRADEMARK
### PRINCIPAL REGISTER

## TENNESSEE

UNIVERSITY OF TENNESSEE, THE (TENNESSEE CORPORATION)
THE UNIVERSITY OF TENNESSEE
800 ANDY HOLT TOWER
KNOXVILLE, TN 37996

FOR: KEY CHAINS, IN CLASS 6 (U.S. CL. 13).
FIRST USE 0–0–1961; IN COMMERCE 0–0–1961.
FOR: PENS CONTAINING WATCHES, AND WINDOW AND PAPER STICKERS, IN CLASS 16 (U.S. CLS. 13, 37 AND 38).
FIRST USE 0–0–1936; IN COMMERCE 0–0–1936.
FOR: GENERAL PURPOSE GYM BAGS, AND GARMENT BAGS FOR TRAVEL, IN CLASS 18 (U.S. CL. 3).
FIRST USE 0–0–1962; IN COMMERCE 0–0–1962.
FOR: STADIUM CUSHIONS, IN CLASS 20 (U.S. CL. 32).

FIRST USE 0–0–1962; IN COMMERCE 0–0–1962.
FOR: DRINKING GLASSES, CERAMIC MUGS, AND GOBLETS, IN CLASS 21 (U.S. CLS. 2 AND 33).
FIRST USE 0–0–1965; IN COMMERCE 0–0–1965.
FOR: SWEAT SHIRTS, SWEAT PANTS, CAPS, JACKETS, KNIT SHIRTS, T-SHIRTS, V-NECK SHIRTS, AND SHORTS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 0–0–1936; IN COMMERCE 0–0–1936.
FOR: STUFFED TOYS, IN CLASS 28 (U.S. CL. 22).
FIRST USE 0–0–1962; IN COMMERCE 0–0–1962.
SEC. 2(F).

SER. NO. 501,196, FILED 9–26–1984.

HENRY S. ZAK, EXAMINING ATTORNEY

**Int. Cls.: 6, 9, 14, 15, 16, 18, 20, 21, 24, 25, 26, 27, 28 and 41**

**Prior U.S. Cls.: 2, 3, 13, 21, 22, 27, 28, 32, 33, 36, 37, 38, 39, 40, 41, 42, 50 and 107**

Reg. No. 1,364,137

# United States Patent and Trademark Office

Registered Oct. 8, 1985

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



REGENTS OF THE UNIVERSITY OF MICHIGAN, THE (MICHIGAN CORPORATION)
503 THOMPSON ST.
ANN ARBOR, MI 48109

FOR: KEY RINGS AND CAR EMBLEMS OF NON-PRECIOUS METAL, METAL LICENSE PLATES AND FRAMES, IN CLASS 6 (U.S. CLS. 13 AND 50).

FIRST USE 9–0–1954; IN COMMERCE 9–0–1954.

FOR: PHONOGRAPH RECORDS, AUDIO AND VIDEO RECORDS, TAPES, AND CASSETTES, IN CLASS 9 (U.S. CLS. 21 AND 36).

FIRST USE 7–0–1972; IN COMMERCE 7–0–1972.

FOR: CLOCKS AND WATCHES, IN CLASS 14 (U.S. CLS. 27 AND 28).

FIRST USE 9–0–1937; IN COMMERCE 9–0–1937.

FOR: MUSIC BOXES AND KAZOOS, IN CLASS 15 (U.S. CL. 36).

FIRST USE 5–0–1971; IN COMMERCE 5–0–1971.

FOR: PLAYING CARDS, GREETING CARDS, PRINTS, PENS, PENCILS, LETTER OPENERS, DECALS, BUMPER STICKERS, MEMO PADS, PENCIL HOLDERS, CALENDARS, PAPER NAPKINS, AND CHECKBOOK COVERS, IN CLASS 16 (U.S. CLS. 22, 37 AND 38).

FIRST USE 9–0–1893; IN COMMERCE 9–0–1893.

FOR: UMBRELLAS, TOTE BAGS, DUFFLE BAGS, TRI-FOLD AND BI-FOLD WALLETS, AND CHILDREN'S WALLETS, IN CLASS 18 (U.S. CLS. 3 AND 41).

FIRST USE 9–0–1973; IN COMMERCE 9–0–1973.

FOR: PILLOWS, DECORATIVE PLAQUES, AND NOVELTY BUTTONS, IN CLASS 20 (U.S. CLS. 32 AND 50).

FIRST USE 4–0–1968; IN COMMERCE 4–0–1968.

FOR: PEWTER MUGS, MUGS, WINE DECANTERS, GLASS BEVERAGEWARE, STAINED GLASS, TRAYS, COASTERS, ICE BUCKETS, WASTEPAPER BASKETS, PAPER PLATES, AND PICNIC BASKETS, IN CLASS 21 (U.S. CLS. 2, 13, 33 AND 50).

FIRST USE 2–0–1948; IN COMMERCE 2–0–1948.

FOR: BEACH AND REGULAR TOWELS, BLANKETS, PENNANTS, AND FLAGS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 9–0–1903; IN COMMERCE 9–0–1903.

2                                   1,364,137

FOR: APRONS, ADULT AND CHILDREN'S JACKETS AND VESTS, MEN'S SHIRTS, SPORTSHIRTS, TIES, NIGHT SHIRTS, LADIES' TOPS, ADULT AND CHILDREN'S JERSEYS, CAPS, SPORT CAPS, VISOR CAPS, SKI CAPS, SCARVES, SILK SCARVES, SWEATERS, PONCHOS, GLOVES, MITTENS, GOLF SWEATERS, LADIES' AND MEN'S AND CHILDREN'S T-SHIRTS, BASEBALL SHIRTS, FOOTBALL-STYLE JERSEYS, LADIES' AND MEN'S SHORTS, SOCKS, ADULT AND CHILDREN'S WARM UP SUITS, BABY SLEEPERS, BABY SHIRTS, WESTERN HATS, TENNIS HATS, WRISTBANDS, AND SWEATBANDS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 9–0–1893; IN COMMERCE 9–0–1893.

FOR: CHARMS, NECKLACES, BRACELETS, EARRINGS, RINGS, TIE TACKS, BELT BUCKLES, PINS AND BROACHES OF NON-PRECIOUS METAL, EMBROIDERED EMBLEMS AND PATCHES, IN CLASS 26 (U.S. CL. 40).

FIRST USE 8–0–1948; IN COMMERCE 8–0–1948.

FOR: FLOOR MATS, RUGS, AND WALL HANGINGS, IN CLASS 27 (U.S. CLS. 42 AND 50).

FIRST USE 6–0–1948; IN COMMERCE 6–0–1948.

FOR: TOY FLYING DISCS, BASKETBALLS, FOAM BASKETBALLS, STUFFED TOY ANIMALS, DOLLS, GOLF BAGS, HEAD COVERS, GOLF BALLS, CHRISTMAS ORNAMENTS AND STOCKINGS, IN CLASS 28 (U.S. CLS. 22 AND 50).

FIRST USE 5–0–1949; IN COMMERCE 5–0–1949.

FOR: EDUCATIONAL—NAMELY, CONDUCTING COURSES AT THE UNDERGRADUATE AND GRADUATE LEVEL, ENTERTAINMENT—NAMELY, CONDUCTING COLLEGIATE ATHLETIC EXHIBITIONS AND GAMES, IN CLASS 41 (U.S. CL. 107).

FIRST USE 0–0–1891; IN COMMERCE 0–0–1891.

SER. NO. 390,876, FILED 9–28–1982.

SUSAN L. HELLER, EXAMINING ATTORNEY

Int. Cls.: 6, 9, 14, 15, 16, 18, 20, 21, 24, 25, 26, 27, 28 and 41

Prior U.S. Cls.: 2, 3, 13, 21, 22, 27, 28, 32, 33, 36, 37, 38, 39, 40, 41, 42, 50 and 107

**United States Patent and Trademark Office**  Reg. No. 1,364,137
Registered Oct. 8, 1985

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**



REGENTS OF THE UNIVERSITY OF MICHIGAN, THE (MICHIGAN CORPORATION)
503 THOMPSON ST.
ANN ARBOR, MI 48109

FOR: KEY RINGS AND CAR EMBLEMS OF NON-PRECIOUS METAL, METAL LICENSE PLATES AND FRAMES, IN CLASS 6 (U.S. CLS. 13 AND 50).

FIRST USE 9–0–1954; IN COMMERCE 9–0–1954.

FOR: PHONOGRAPH RECORDS, AUDIO AND VIDEO RECORDS, TAPES, AND CASSETTES, IN CLASS 9 (U.S. CLS. 21 AND 36).

FIRST USE 7–0–1972; IN COMMERCE 7–0–1972.

FOR: CLOCKS AND WATCHES, IN CLASS 14 (U.S. CLS. 27 AND 28).

FIRST USE 9–0–1937; IN COMMERCE 9–0–1937.

FOR: MUSIC BOXES AND KAZOOS, IN CLASS 15 (U.S. CL. 36).

FIRST USE 5–0–1971; IN COMMERCE 5–0–1971.

FOR: PLAYING CARDS, GREETING CARDS, PRINTS, PENS, PENCILS, LETTER OPENERS, DECALS, BUMPER STICKERS, MEMO PADS, PENCIL HOLDERS, CALENDARS, PAPER NAPKINS, AND CHECKBOOK COVERS, IN CLASS 16 (U.S. CLS. 22, 37 AND 38).

FIRST USE 9–0–1893; IN COMMERCE 9–0–1893.

FOR: UMBRELLAS, TOTE BAGS, DUFFLE BAGS, TRI-FOLD AND BI-FOLD WALLETS, AND CHILDREN'S WALLETS, IN CLASS 18 (U.S. CLS. 3 AND 41).

FIRST USE 9–0–1973; IN COMMERCE 9–0–1973.

FOR: PILLOWS, DECORATIVE PLAQUES, AND NOVELTY BUTTONS, IN CLASS 20 (U.S. CLS. 32 AND 50).

FIRST USE 4–0–1968; IN COMMERCE 4–0–1968.

FOR: PEWTER MUGS, MUGS, WINE DECANTERS, GLASS BEVERAGEWARE, STAINED GLASS, TRAYS, COASTERS, ICE BUCKETS, WASTEPAPER BASKETS, PAPER PLATES, AND PICNIC BASKETS, IN CLASS 21 (U.S. CLS. 2, 13, 33 AND 50).

FIRST USE 2–0–1948; IN COMMERCE 2–0–1948.

FOR: BEACH AND REGULAR TOWELS, BLANKETS, PENNANTS, AND FLAGS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 9–0–1903; IN COMMERCE 9–0–1903.

2            1,364,137

FOR: APRONS, ADULT AND CHILDREN'S JACKETS AND VESTS, MEN'S SHIRTS, SPORTSHIRTS, TIES, NIGHT SHIRTS, LADIES' TOPS, ADULT AND CHILDREN'S JERSEYS, CAPS, SPORT CAPS, VISOR CAPS, SKI CAPS, SCARVES, SILK SCARVES, SWEATERS, PONCHOS, GLOVES, MITTENS, GOLF SWEATERS, LADIES' AND MEN'S AND CHILDREN'S T-SHIRTS, BASEBALL SHIRTS, FOOTBALL-STYLE JERSEYS, LADIES' AND MEN'S SHORTS, SOCKS, ADULT AND CHILDREN'S WARM UP SUITS, BABY SLEEPERS, BABY SHIRTS, WESTERN HATS, TENNIS HATS, WRISTBANDS, AND SWEATBANDS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 9–0–1893; IN COMMERCE 9–0–1893.

FOR: CHARMS, NECKLACES, BRACELETS, EARRINGS, RINGS, TIE TACKS, BELT BUCKLES, PINS AND BROACHES OF NON-PRECIOUS METAL, EMBROIDERED EMBLEMS AND PATCHES, IN CLASS 26 (U.S. CL. 40).

FIRST USE 8–0–1948; IN COMMERCE 8–0–1948.

FOR: FLOOR MATS, RUGS, AND WALL HANGINGS, IN CLASS 27 (U.S. CLS. 42 AND 50).

FIRST USE 6–0–1948; IN COMMERCE 6–0–1948.

FOR: TOY FLYING DISCS, BASKETBALLS, FOAM BASKETBALLS, STUFFED TOY ANIMALS, DOLLS, GOLF BAGS, HEAD COVERS, GOLF BALLS, CHRISTMAS ORNAMENTS AND STOCKINGS, IN CLASS 28 (U.S. CLS. 22 AND 50).

FIRST USE 5–0–1949; IN COMMERCE 5–0–1949.

FOR: EDUCATIONAL—NAMELY, CONDUCTING COURSES AT THE UNDERGRADUATE AND GRADUATE LEVEL, ENTERTAINMENT—NAMELY, CONDUCTING COLLEGIATE ATHLETIC EXHIBITIONS AND GAMES, IN CLASS 41 (U.S. CL. 107).

FIRST USE 0–0–1891; IN COMMERCE 0–0–1891.

SER. NO. 390,876, FILED 9–28–1982.

SUSAN L. HELLER, EXAMINING ATTORNEY

Int. Cls.: **16, 18, 20, 21 and 25**

Prior U.S. Cls.: **2, 3, 32, 33, 37, 38 and 39**

Reg. No. 1,335,456

# United States Patent and Trademark Office

Registered May 14, 1985

## TRADEMARK
### PRINCIPAL REGISTER

## VOLS

UNIVERSITY OF TENNESSEE; THE (TENNES-SEE PUBLIC EDUCATIONAL CORPORA-TION)
800 ANDY HOLT TOWER
KNOXVILLE, TN 37996

FOR: PENS, WINDOW AND BUMPER STICK-ERS, FOOTBALL GAME CHARTS, IN CLASS 16 (U.S. CLS. 37 AND 38).
FIRST USE 0–0–1965; IN COMMERCE 0–0–1965.
FOR: GENERAL PURPOSE GYM BAGS , IN CLASS 18 (U.S. CL. 3).
FIRST USE 0–0–1962; IN COMMERCE 0–0–1962.
FOR: STADIUM CHAIRS, IN CLASS 20 (U.S. CL. 32).

FIRST USE 0–0–1962; IN COMMERCE 0–0–1962.
FOR: DRINKING GLASSES, PLASTIC CUPS AND MUGS, SHOT GLASSES, INSULATING SLEEVE-HOLDERS FOR BEVERAGE CANS, IN CLASS 21 (U.S. CLS. 2 AND 33).
FIRST USE 0–0–1965; IN COMMERCE 0–0–1965.
FOR: SWEAT SHIRTS, SWEAT PANTS, SHIRT AND VEST COMBINATION, IN CLASS 25 (U.S. CL. 39).
FIRST USE 0–0–1936; IN COMMERCE 0–0–1936.

SER. NO. 501,197, FILED 9–26–1984.

HENRY S. ZAK, EXAMINING ATTORNEY

Int. Cls.: 25, 26 and 41

Prior U.S. Cls.: 39, 40 and 107

**United States Patent and Trademark Office**

Reg. No. 1,310,132
Registered Dec. 18, 1984

TRADEMARK
SERVICE MARK
Principal Register

## MICHIGAN

The Regents of The University of Michigan
(Michigan corporation)
503 Thompson St.
Ann Arbor, Mich. 48109

For: ADULT & CHILDREN'S JACKETS, MEN'S SHIRTS, SPORTSHIRTS, NIGHT SHIRTS, ADULT & CHILDREN'S JERSEYS, VISOR CAP, SKI CAP, SCARVES, GOLF SWEATERS, ADULT & CHILDREN'S T-SHIRTS, FOOTBALL STYLE JERSEYS, MEN'S SHORTS, SOCKS, in CLASS 25 (U.S. Cl. 39).

First use Sep. 1947; in commerce Sep. 1947.

For: EMBROIDERED EMBLEMS, in CLASS 26 (U.S. Cl. 40).

First use Sep. 1970; in commerce Sep. 1970.

For: ENTERTAINMENT SERVICES—NAMELY, CONDUCTING COLLEGIATE ATHLETIC EVENTS, in CLASS 41 (U.S. Cl. 107).

First use 1879; in commerce 1879.

Sec. 2(f).

Ser. No. 390,882, filed Sep. 28, 1982.

CRAIG K. MORRIS, Examining Attorney

Int. Cls.: 25, 26 and 41

Prior U.S. Cls.: 39, 40 and 107

**United States Patent and Trademark Office**

Reg. No. 1,310,132
Registered Dec. 18, 1984

## TRADEMARK
## SERVICE MARK
### Principal Register

## MICHIGAN

The Regents of The University of Michigan (Michigan corporation)
503 Thompson St.
Ann Arbor, Mich. 48109

For: ADULT & CHILDREN'S JACKETS, MEN'S SHIRTS, SPORTSHIRTS, NIGHT SHIRTS, ADULT & CHILDREN'S JERSEYS, VISOR CAP, SKI CAP, SCARVES, GOLF SWEATERS, ADULT & CHILDREN'S T-SHIRTS, FOOTBALL STYLE JERSEYS, MEN'S SHORTS, SOCKS, in CLASS 25 (U.S. Cl. 39).

First use Sep. 1947; in commerce Sep. 1947.

For: EMBROIDERED EMBLEMS, in CLASS 26 (U.S. Cl. 40).

First use Sep. 1970; in commerce Sep. 1970.

For: ENTERTAINMENT SERVICES—NAMELY, CONDUCTING COLLEGIATE ATHLETIC EVENTS, in CLASS 41 (U.S. Cl. 107).

First use 1879; in commerce 1879.

Sec. 2(f).

Ser. No. 390,882, filed Sep. 28, 1982.

CRAIG K. MORRIS, Examining Attorney